# CRIMINAL COMPLAINT

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Osmar Martinez-Ochoa**; DOB: 1992; U.S. Citizen<br>**Hector Martinez-Ochoa**; DOB: 1983; U.S. Citizen<br>**Oscar Alberto Martinez**; DOB: 1994; U.S. Citizen<br>**Carlos Fernando Perea**; DOB: 1987; U.S. Citizen<br>**Jose Rafael Ruelas**; DOB: 1998; U.S. Citizen<br>**Alejandra Valenzuela**; DOB: 1994; U.S. Citizen | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br><br>20-05809MJ |

Complaint for violation of Title 21, United States Code, Section 846

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

Beginning at a time unknown, and continuing to on or about February 20, 2020, at or near Tucson, in the District of Arizona, **Osmar Martinez-Ochoa, Hector Martinez-Ochoa, Oscar Alberto Martinez, Carlos Fernando Perea, Jose Rafael Ruelas,** and **Alejandra Valenzuela** did knowingly and intentionally combine, conspire, confederate and agree together and with other persons known and unknown to possess with intent to distribute 1 kilogram or more of heroin, a Schedule I controlled substance; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(i); and 50 grams or more of methamphetamine, or 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(viii).

All in violation of Title 21, United States Code, Section 846.

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

On July 30, 2019, Drug Enforcement Administration (DEA) agents acting in an undercover capacity contacted a source of supply for methamphetamine and heroin operating in Mexico. The undercover agent (UA) inquired about the purchase of eight ounces of heroin. The source of supply provided the UA with Hector MARTINEZ-Ochoa's phone number. Ultimately, Hector MARTINEZ-Ochoa sold 297.5 grams of heroin to the UA for $5,000.00.

On September 11, 2019, DEA agents conducted an undercover operation where they arrested multiple subjects and seized approximately four kilograms of methamphetamine. Agents identified Hector MARTINEZ-Ochoa to be present at the time of the arrest and identified Hector MARTINEZ-Ochoa and his brother Osmar MARTINEZ-Ochoa to be the source of supply for the drugs sold to the undercover agent.

On January 27, 2020, UAs contacted Osmar MARTINEZ-Ochoa regarding a purchase of methamphetamine and heroin. Osmar MARTINEZ-Ochoa agreed to the sale and sent Hector MARTINEZ-Ochoa to deliver approximately five ounces of heroin to the UA in exchange for a payment of $2,500.00. Hector MARTINEZ-Ochoa was driving a black Infiniti G35 bearing an Arizona license plate. Later the same day, UAs contacted Osmar MARTINEZ-Ochoa to set up another controlled purchase of methamphetamine. Osmar MARTINEZ-Ochoa agreed to the sale of the drugs and said Hector MARTINEZ-Ochoa would provide the drugs. A UA met with an unknown subject and purchased approximately 390 grams of methamphetamine. The unknown subject was driven by an individual in the same black Infiniti G35. The driver of the black Infiniti G35 was believed to be Hector MARTINEZ-Ochoa.

CONTINUED ON REVERSE

**MATERIAL WITNESSES IN RELATION TO THE CHARGE:**

REQUEST DETENTION

Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.

RAF1
AUTHORIZED AUSA Robert A. Fellrath  /s/ Robert A. Fellrath

SIGNATURE OF COMPLAINANT  /s/

OFFICIAL TITLE

Sworn to before me and subscribed in my presence.

SIGNATURE OF MAGISTRATE JUDGE[1]  /s/

DATE: February 21, 2020

[1] See Federal rules of Criminal Procedure Rules 3 and 54

BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED CONTINUED:

On February 5, 2020, UAs contacted Osmar MARTINEZ-Ochoa about purchasing methamphetamine and heroin. Osmar MARTINEZ-Ochoa agreed to provide the drugs and sent Joel Rafael RUELAS to deliver them. UAs purchased approximately 500 grams of methamphetamine and 230 grams of heroin from Joel Rafael RUELAS for the sum of $3,500.00.

On February 11, 2020, UAs contacted Osmar MARTINEZ-Ochoa about purchasing methamphetamine and heroin. Osmar MARTINEZ-Ochoa sent Joel Rafael RUELAS to deliver the drugs. UAs paid $2,850.00 for approximately 305 grams of methamphetamine and 55 grams of heroin.

On February 20, 2020, UAs contacted Osmar MARTINEZ-Ochoa to set up a controlled purchase of drugs. Osmar MARTINEZ-Ochoa agreed to the sale of the drugs. A dark-colored Infiniti G35 bearing a different Arizona license plate arrived at the meeting location. The vehicle belonged to Osmar MARTINEZ-Ochoa and was occupied by two individuals. Agents observed the vehicle pull into the parking lot, park, and then exit the lot. Agents attempted a traffic stop on the vehicle, but it fled at a high rate of speed. Both occupants eventually fled from the vehicle on foot. Agents located Oscar Alberto MARTINEZ, the driver, fleeing on foot from the vehicle. After waiving his *Miranda* rights, Oscar Alberto MARTINEZ admitted he had been delivering drug for Osmar MARTINEZ-Ochoa one to two times a day for three months.

On February 20, 2020, agents served a search warrant at a residence located on E. Laguna in Tucson, Arizona. Agents found approximately .55 kilograms of heroin in the residence and arrested Carlos Fernando PEREA, the occupant of the address. After waiving his *Miranda* rights, PEREA stated he was an associate of Osmar MARTINEZ-Ochoa, admitted ownership of the heroin at his residence, and said he was a heroin user.

On February 20, 2020, agents served a search warrant at an address on E. Holaway Drive in Tucson, Arizona. Agents observed Alejandra VALENZUELA along with her six year old daughter arrive at the residence while agents were conducting the search of the residence. VALENZUELA had a key which she stated was for a padlock on her bedroom door. Agents searched the bedroom and found seven square packages of suspected methamphetamine weighing approximately 3.17 kilograms. A representative sample of the contents of the seven packages was field tested and yielded positive results for the characteristics of methamphetamine. Agents also found a package of suspected brown heroin weighing approximately .155 kilograms. A representative sample of the package was field tested and yielded positive results for the characteristics of heroin. Agents also found suspected fentanyl pills weighing approximately .11 kilograms. All of the drugs were hidden in the ventilation of the bedroom. After waiving her *Miranda* rights, VALENZUELA admitted she made an agreement with Osmar MARTINEZ-Ochoa to store items in her residence. VALENZUELA stated she knew Osama MARTINEZ was a drug dealer, and estimated Osmar had dropped off between ten and 20 drug shipments from December 2019 through February 2020. VALEZUELA stated she had received money from Osmar MARTINEZ-Ochoa in return for storing the drugs. VALENZUELA also said she provided Osmar MARTINEZ-Ochoa with a key to her residence so he could retrieve drugs as needed.

On February 20, 2020, agents served a search warrant on Hector MARTINEZ-Ochoa's residence located on N. Stone Road in Tucson, Arizona. Within Hector MARTINEZ-Ochoa's one bedroom apartment, agents found four firearms as follows: one Wasr-10 7.62 caliber AK-47 style rifle with serial number A1-59686-18RO; one Savage Arms 12 gauge shotgun Stevens model with serial number 178658H; one Ruger .223 mini 14 rifle with serial number of 19543262; and one Sig Sauer p250 40 caliber pistol with serial number of EAK064491.

On February 20, 2020, Agents served court ordered search warrant on Osmar MARTINEZ-Ochoa residence located on W Jacinto St, Tucson, AZ. In Osmar MARTINEZ-Ochoa's bedroom, agents located a large amount of US Currency and a Master Piece Arms Mach 9 mm AR pistol with an extended magazine with serial number of B7085.